**Radu RASIDESCU, Appellant,**

v.

**UNIVERSITY OF MINNESOTA; University of Minnesota Graduate School, Twin Cities Campus; University of Minnesota, School of Physics and Astronomy, Department of Astronomy; Evan Skillman; Leonard Kuhi; Liliya L.R. Williams, Appellees.**

No. 05–3087.

United States Court of Appeals, Eighth Circuit.

Submitted: July 19, 2006.

Decided: July 31, 2006.

Radu Rasidescu, Hudson, WI, pro se.

Jennifer Lynn Frisch, University of Minnesota Office of the General Counsel, Minneapolis, MN, for Appellees.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Radu Rasidescu appeals the district court's [1] dismissal of his complaint for lack of subject matter jurisdiction. Reviewing de novo, *see Mosby v. Ligon,* 418 F.3d 927, 931 (8th Cir.2005), we conclude that dismissal was proper, because Rasidescu alleged insufficient facts to establish diversity or federal-question jurisdiction. *See* 28 U.S.C. §§ 1331, 1332. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.